UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK VAN BRUNT,<br><br>Defendant. | No. 2:14-CR-0084-LRS<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

**BEFORE THE COURT** is Defendant's Motion to Modify Conditions of Pretrial Release.  ECF No. 17.

Defendant moves to modify his conditions of release to permit his travel to La Pine, Oregon, and to South Beach State Park, which is apparently also in Oregon State.  ECF 17.

The United States and the Office of Pretrial Services do not object to Defendant's motion.  Further, the Court is aware of no violations of pretrial supervision to date.

Accordingly, Defendant's motion, ECF 17, is GRANTED.

Defendant is permitted to travel to Oregon State as described above, between July 30, 2015 and August 4, 2015, inclusive, on condition that prior to leaving this district, Defendant provide contact information to his Supervising Pretrial Services Officer describing where and how Defendant can be contacted during the trip, and that Defendant contact Pretrial Services promptly on his return,

///

///

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE. . . - 1

and comply with all other terms and conditions of pretrial release not inconsistent with this order.

**IT IS SO ORDERED**.

DATED July 17, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE. . . - 2